CHARLES H. THRONSON (3260)
RICHARD E. MRAZIK (10623)
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

Attorneys for Plaintiffs

Ralph A. Campillo - *Pro Hac Vice*
Nicholas A. Weiss – *Pro Hac Vice*
SEDGWICK LLP
801 South Figueroa, 19th Floor
Los Angeles, California 90017
Telephone:    (213) 426-6900
Facsimile:    (213) 426-6921

Brent O. Hatch (5715)
Phillip J. Russell (10445)
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone:    (801) 363-6363
Facsimile:    (801) 363-6666

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JASON KAUFUSI and TENILLE KAUFUSI,<br><br>      Plaintiffs,<br><br>vs.<br><br>STRYKER CORPORATION and STRYKER SALES CORPORATION,<br><br>      Defendants. | **NOTICE OF SETTLEMENT**<br><br><br>Case No.  2:11-cv-00535-DAK<br><br>Judge Dale A. Kimball |

Plaintiffs Jason Kaufusi and Tenille Kaufusi, and Defendants Stryker Corporation and

Stryker Sales Corporation, by and through their counsel of record, hereby give notice to the

Court that the parties have reached a settlement in principal of this lawsuit.  The parties are in the

process of memorializing the settlement agreement and anticipate filing a stipulated dismissal

with the Court in the near future.  The parties stipulate and agree that all motions, depositions, hearings, and the trial setting in matter should be deemed off-calendar.


DATED this 16th day of September, 2013.        DATED this 16th day of September, 2013.

PARSONS BEHLE & LATIMER                          SEDGWICK, LLP


   /s/ Richard E. Mrazik                                                      /s/ Nicholas A. Weiss
Charles H. Thronson                              Ralph R. Campillo
Richard E. Mrazik                                Nicholas A. Weiss

Attorneys for Plaintiffs                         HATCH, JAMES & DODGE, P.C.
                                                 Brent Hatch

                                                 Attorneys for Defendants

                                                 (*signed by filing attorney with counsel's permission*)

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2013, I caused to be electronically filed a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

> Brent O. Hatch
> Phillip J. Russell
> HATCH, JAMES & DODGE, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, UT 84101
>
>
> Ralph A. Campillo
> Nicholas A. Weiss
> SEDGWICK LLP
> 801 S. Figueroa St., 18th Floor
> Los Angeles, CA 90017-5556

/s/ Richard E. Mrazik