CHARLES H. THRONSON (3260)
RICHARD E. MRAZIK (10623)
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

Attorneys for Plaintiffs

Ralph A. Campillo - *Pro Hac Vice*
Nicholas A. Weiss – *Pro Hac Vice*
SEDGWICK LLP
801 South Figueroa, 19th Floor
Los Angeles, California 90017
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Brent O. Hatch (5715)
Phillip J. Russell (10445)
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| JASON KAUFUSI and TENILLE KAUFUSI,<br><br>Plaintiffs,<br><br>vs.<br><br>STRYKER CORPORATION and STRYKER SALES CORPORATION,<br><br>Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:11-cv-00535-DAK<br><br>Judge Dale A. Kimball |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Jason Kaufusi and Tenille Kaufusi and Defendants Stryker Corporation and Stryker Sales Corporation, through their respective counsel, hereby stipulate and agree the Court should dismiss this case with prejudice, each party to bear its own fees and costs.

DATED this 11th day of February, 2014.

PARSONS BEHLE & LATIMER

__/s/ Richard E. Mrazik__________________
Charles H. Thronson
Richard E. Mrazik

Attorneys for Plaintiffs

DATED this 11th day of February, 2014.

SEDGWICK, LLP

__/s/ Nicholas A. Weiss_________________
Ralph R. Campillo
Nicholas A. Weiss

HATCH, JAMES & DODGE, P.C.
Brent Hatch

Attorneys for Defendants

(*signed by filing attorney with counsel's permission)*

4838-2066-0248.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2014, I caused to be electronically filed a true and correct copy of the foregoing **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Brent O. Hatch
Phillip J. Russell
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, UT 84101

Ralph A. Campillo
Nicholas A. Weiss
SEDGWICK LLP
801 S. Figueroa St., 18th Floor
Los Angeles, CA 90017-5556

/s/ Richard E. Mrazik