IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JASON KAUFUSI and TENILLE KAUFUSI,<br><br>                Plaintiffs,<br>vs.<br><br>STRYKER CORPORATION and STRYKER SALES CORPORATION,<br><br>                Defendants. | ORDER OF DISMISSAL<br><br>Case No.  2:11CV535 DAK |

      Pursuant to the Stipulation of Voluntary Dismissal with Prejudice filed on February 11, 2014, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice and the Clerk of the Court is directed to close this case.

      DATED this 13th day of February, 2014.

                                    BY THE COURT:

                                    _____
                                    DALE A. KIMBALL
                                    United States District Judge